CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Salf Ali Al Najafi**<br>DOB: 1996; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-04680MJ** |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 8, 2022, in the District of Arizona, **Salf Ali Al Najafi**, knowing and in reckless disregard that certain aliens, including Angel Adolfo Paco-Andrade and Carlos Fimbres-Grijalva, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and while placing in jeopardy the life of any person, in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 8, 2022, at approximately 8:40 p.m., in the District of Arizona (Naco), Border Patrol Agents (BPA) initiated a vehicle stop of a U-Haul box truck traveling in an area well known to them for human smuggling operations. They made contact with the driver, identified as **Salf Ali Al Najafi,** who said he was lost. BPA noticed **Al Najafi's** passenger was wearing camouflage pants and carpet boots, commonly worn by individuals being smuggled into the United States from Mexico to avoid detection while traversing the desert. When questioned, the passenger admitted to being illegally present in the United States. **Al Najafi** then admitted to BPA that there were others locked in the back of the U-Haul truck. BPA found 13 adults and two small children locked in the back of the U-Haul, all of whom were found to be illegally present in the United States.

Pre-*Miranda*, **Al Najafi** told BPA that his friend hired him to pick-up and transport people. He stated, however, that there were more people than originally agreed upon. He told BPA he was communicating with his friend via WhatsApp.

Material witness Angel Adolfo Paco-Andrade he paid $1,500 in Mexico to be smuggled across the border from Mexico to the United States and would pay an additional $9,000 when he reached his destination of Virginia. He stated his group was led by a guide who took them to the dirt road where the U-Haul would eventually pick them up. He stated the driver of the U-Haul exited the truck to open the cargo doors and closed the doors behind them once they were inside. Paco-Andrade provided a physical description of **Al Najafi** and was able to identify him as the driver of the U-Haul from a photo-lineup.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Angel Adolfo Paco-Andrade and Carlos Fimbres-Grijalva

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSAHNS/arm | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 11, 2022 |
|---|---|

1)  See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**                                                22-04680MJ

Material witness Carlos Fimbres-Grijalva stated he arranged in Mexico to be smuggled into the United States in exchange for money. He stated he and his group were guided by cellphone to the dirt road where the U-Haul picked them up. He said the driver of the U-Haul opened the back of the truck for them to enter and closed it once they were inside. He said he could hear when the driver placed the lock on the door and, at that point, he became afraid. Fimbres-Grijalva provided a physical description of **Al Najafi** but was unable to identify him in a photo-lineup.